# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:11−cv−00457−AKH

| | |
|---|---|
| Napartstek v. Atlantic Credit &Finance, Inc. | Date Filed: 01/21/2011 |
| Assigned to: Judge Alvin K. Hellerstein | Date Terminated: 07/21/2011 |
| Cause: 15:1692 Fair Debt Collection Act | Jury Demand: Plaintiff |
| | Nature of Suit: 470 Racketeer/Corrupt Organization |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Joseph Napartstek**  represented by **Shimshon Wexler**
*on behalf of himself and the class defined herein*
　　　　　　　　　　　　　　　　　　The Law Offices of Shimshon Wexler, PC
　　　　　　　　　　　　　　　　　　2710 Broadway, 2nd Floor
　　　　　　　　　　　　　　　　　　New York, NY 10025
　　　　　　　　　　　　　　　　　　(212)−760−2400
　　　　　　　　　　　　　　　　　　Fax: (917)−512−6132
　　　　　　　　　　　　　　　　　　Email: shimshonwexler@yahoo.com
　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Atlantic Credit &Finance, Inc.**  represented by **Hilary Felice Korman**
　　　　　　　　　　　　　　　　　　Mel S. Harris &Associates(5 Hanover Sq.)
　　　　　　　　　　　　　　　　　　5 Hanover Square
　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　(212) 571−4900
　　　　　　　　　　　　　　　　　　Fax: (212) 660−1018
　　　　　　　　　　　　　　　　　　Email: hkorman@melharrislaw.com
　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/21/2011 | Ï 1 | COMPLAINT against Atlantic Credit &Finance, Inc.. (Filing Fee $ 350.00, Receipt Number 927589)Document filed by Joseph Napartstek.(rdz) (Additional attachment(s) added on 1/24/2011: # 1 Exhibit A) (ama). (Entered: 01/24/2011) |
| 01/21/2011 | Ï | SUMMONS ISSUED as to Atlantic Credit &Finance, Inc.. (rdz) (Entered: 01/24/2011) |
| 01/21/2011 | Ï | Magistrate Judge James C. Francis IV is so designated. (rdz) (Entered: 01/24/2011) |
| 01/21/2011 | Ï | Case Designated ECF. (rdz) (Entered: 01/24/2011) |
| 02/03/2011 | Ï 2 | AFFIDAVIT OF SERVICE of Summons and Complaint. Atlantic Credit &Finance, Inc. served on 1/24/2011, answer due 2/14/2011. Service was accepted by Steve Pastore. Service was made by Managing Agent. Document filed by Joseph Napartstek. (Wexler, Shimshon) (Entered: 02/03/2011) |

| | | |
|---|---|---|
| 02/11/2011 | Ï 3 | NOTICE OF APPEARANCE by Hilary Felice Korman on behalf of Atlantic Credit &Finance, Inc. (Korman, Hilary) (Entered: 02/11/2011) |
| 02/11/2011 | Ï 4 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT (STIPULATION) – JOINT MOTION for Extension of Time to File Answer re: 1 Complaint to February 28, 2011. Document filed by Atlantic Credit &Finance, Inc..(Korman, Hilary) Modified on 2/15/2011 (ka). (Entered: 02/11/2011) |
| 02/15/2011 | Ï | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney Hilary Felice Korman to E–MAIL Document No. 4 Stipulation extending time to answer to judgments@nysd.uscourts.gov. This document is not filed via ECF. (ka) (Entered: 02/15/2011) |
| 02/17/2011 | Ï 5 | STIPULATION EXTENDING TIME TO ANSWER: The time for defendant to move or otherwise respond to the complaint is extended to 2/28/11. Atlantic Credit &Finance, Inc. answer due 2/28/2011. (Signed by Judge Alvin K. Hellerstein on 2/17/11) (db) (Entered: 02/17/2011) |
| 02/25/2011 | Ï 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Atlantic Credit &Finance, Inc..(Korman, Hilary) (Entered: 02/25/2011) |
| 02/25/2011 | Ï 7 | ANSWER to Complaint. Document filed by Atlantic Credit &Finance, Inc..(Korman, Hilary) (Entered: 02/25/2011) |
| 05/02/2011 | Ï 8 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Hilary F. Korman dated 4/28/2011 re: Requesting a conference with the Court regarding dismissal for improper venue, or alternatively, transferring the action to the proper venue, in South Carolina or Virginia. ENDORSEMENT: Defendant may file, by 5/13/2011, any appropriate motion. Plaintiff shall file an opposition by May 27, 2011; reply by June 3, 2011. No requests for adjournments. (Signed by Judge Alvin K. Hellerstein on 4/29/2011) (jpo) (Entered: 05/02/2011) |
| 05/13/2011 | Ï 9 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION to Dismiss *due to Improper Venue or Transfer due to Unjust and Inconvenient Venue*. Document filed by Atlantic Credit &Finance, Inc. Responses due by 5/27/2011 Return Date set for 6/15/2011 at 10:00 AM. (Attachments: # 1 Memorandum of Law in Support of Motion to Dismiss or Transfer Venue)(Korman, Hilary) Modified on 5/16/2011 (db). (Entered: 05/13/2011) |
| 05/13/2011 | Ï | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Hilary Felice Korman to RE–FILE Document 9 MOTION to Dismiss *due to Improper Venue or Transfer due to Unjust and Inconvenient Venue*. ERROR(S): Supporting Documents are filed separately, each receiving their own document #. (db) (Entered: 05/16/2011) |
| 05/16/2011 | ï 10 | MOTION to Dismiss *due to Improper Venue or to Transfer due to Unjust and Inconvenient Venue*. Document filed by Atlantic Credit &Finance, Inc.. Responses due by 5/27/2011 Return Date set for 6/15/2011 at 10:00 AM.(Korman, Hilary) (Entered: 05/16/2011) |
| 05/16/2011 | ï 11 | MEMORANDUM OF LAW in Support re: 10 MOTION to Dismiss *due to Improper Venue or to Transfer due to Unjust and Inconvenient Venue*.. Document filed by Atlantic Credit &Finance, Inc.. (Korman, Hilary) (Entered: 05/16/2011) |
| 05/19/2011 | ï 12 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Hilary F. Korman dated 5/16/2011 re: Counsel for the Defendant Atlantic Credit &Finance, Inc., writes to request that the initial conference, currently scheduled for 5/27/2011, be adjourned until the motion (Doc. #10) is fully briefed and resolved, to some time after the 6/15/2011 return date. ENDORSEMENT: So Ordered. (Signed by Judge Alvin K. Hellerstein on 5/16/2011) (ab) (Entered: 05/19/2011) |
| 05/27/2011 | ï 13 | MEMORANDUM OF LAW in Opposition re: 10 MOTION to Dismiss *due to Improper Venue or* |

| | | |
|---|---|---|
| | | *to Transfer due to Unjust and Inconvenient Venue.*. Document filed by Joseph Napartstek. (Attachments: # 1 Exhibit Exhibit A)(Wexler, Shimshon) (Entered: 05/27/2011) |
| 05/31/2011 | ı 14 | NOTICE OF CHANGE OF ADDRESS by Shimshon Wexler on behalf of Joseph Napartstek. New Address: The Law Offices of Shimshon Wexler, PC, 2710 Broadway, 2nd Floor, New York, New York, USA 10025, 212–760–2400. (Wexler, Shimshon) (Entered: 05/31/2011) |
| 06/03/2011 | ı 15 | REPLY MEMORANDUM OF LAW in Support re: 10 MOTION to Dismiss *due to Improper Venue or to Transfer due to Unjust and Inconvenient Venue.*. Document filed by Atlantic Credit &Finance, Inc.. (Korman, Hilary) (Entered: 06/03/2011) |
| 07/21/2011 | ı 16 | ORDER GRANTING MOTION TO TRANSFER denying without prejudice to repleading and renewal as permitted by the transferee judge, and its motion to transfer is granted 10 Motion to Dismiss. The Clerk shall terminate the motion (Doc No. 10); close the case; and and transfer the file to the USDC for the District of South Carolina. (Signed by Judge Alvin K. Hellerstein on 7/13/11) (cd) (Entered: 07/21/2011) |
| 07/21/2011 | Ï | Transmission to Docket Assistant Clerk. Transmitted re: 16 Order on Motion to Dismiss, to the Docket Assistant Clerk for case processing. (cd) (Entered: 07/21/2011) |
| 07/21/2011 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of South Carolina on 8/2/11. (cd) (Entered: 08/02/2011) |