UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| JOSEPH NAPARSTEK, on behalf of himself and a class of similarly situated individuals, | ) ) ) | Case No.: 11-ev-2026 (RBH) |
| Plaintiff, | ) ) | |
| -v- | ) ) | |
| ATLANTIC CREDIT & FINANCE, INC., | ) ) | |
| Defendants. | ) ) | |

The parties, having consulted pursuant to Rul 26(f), Fed.R.Civ. P., hereby report as follows (check one below):

XXXX      We agree that the schedule set forth in the Conference and Scheduling Order issued   2/15/2012   is appropriate for this case. The information required by Local Civil Rule 26.03 is attached.

_____      We agree that the schedule set forth in the Conference and Scheduling Order issued _____requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use same format as the Court's standard scheduling order attaché hereto). The information required by Local Civil Rule 26.03 is attached.

_____      We are unable, after consultation, to agree on a schedule for this case. Therefore, we request a scheduling conference with the Court. The parties' proposed discovery plan as required by 26 (f) Fed. R. Civ. P., with disagreements noted, is attached. The information required by Local Civil Rule 26.03 is also attached.

| Plaintiff: | Defendant: |
|---|---|
| /s/ Philip Fairbanks | /s/ Thomas W. Bunch, II |
| Philip Fairbanks ID# 756 | Thomas W. Bunch, II ID # 1597 |
| PHILIP FAIRBANKS, ESQ., P.C. | Robinson, Mcfadden & Moore, P.C. |
| 1214 King Street | Post Office Box 944 |
| Beaufort, SC 29902 | Columbia, SC 29202 |
| Joseph Y. Naparstek | Atlantic Credit & Finance, Inc. |